# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 8, 2013

Robert P. Young, Jr.,
Chief Justice

145937

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

MICHIGAN FILM COALITION,
        Plaintiff-Appellant,

v

STATE OF MICHIGAN, DEPARTMENT
OF TREASURY and TREASURER,
        Defendants-Appellees.

SC: 145937
COA: 304000
Oakland CC: 2010-115635-CZ

_____/

On order of the Court, the application for leave to appeal the August 21, 2012 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

MARKMAN, J., concurs with the opinion of the dissenting judge in the Court of Appeals that plaintiff lacks standing. *Mich Film Coalition v Michigan*, unpublished opinion per curiam of the Court of Appeals, issued August 12, 2012 (Docket No. 304000) (JANSEN, J., dissenting).

VIVIANO, J., not participating.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 8, 2013

_____
Clerk

h0305